McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLA WILLIAMS,

      Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

      Defendant.

CASE NO. **2:04-CV-01353-GGH**

STIPULATION AND ORDER
SETTLING ATTORNEY'S FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND AND 00/100 DOLLARS ($3,000.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

\\\\\\

1

This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the THREE THOUSAND AND 00/100 DOLLARS ($3,000.00) in fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: July 6, 2005                     _/s/ Peter Brixie_____
                                        PETER BRIXIE
                                        Attorney at Law

                                        Attorney for Plaintiff


DATED: July 6, 2005                     McGREGOR W. SCOTT
                                        United States Attorney


                                        By: _/s/ Bobbie J. Montoya_____
                                            BOBBIE J. MONTOYA
                                            Assistant U. S. Attorney

                                        Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
SHARON SANDS
Assistant Regional Counsel
Social Security Administration


RE:     MARLA WILLIAMS v. JO ANNE B. BARNHART, Case No. 2:04-CV-01353-GGH, STIPULATION AND ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5                                  _____oOo_____
6
7 _____ **ORDER**
8
9        **Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-01353-GGH, <u>MARLA</u>**
10 **<u>WILLIAMS v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of**
11 **$3,000.00, pursuant to the Equal Access to Justice Act.**
12
13        **APPROVED AND SO ORDERED.**
14
15 **DATED: 7/11/05**
16                                          **/s/ Gregory G. Hollows**
17                                          _____
18 will1353.ord07                          **GREGORY G. HOLLOWS**
                                            **UNITED STATES MAGISTRATE JUDGE**
19
20
21
22
23
24
25
26
27
28
RE:      MARLA WILLIAMS v. JO ANNE B. BARNHART, Case No. 2:04-CV-01353-GGH, STIPULATION AND ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28